IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN M. PAULK,
    Plaintiff,

vs.                                   Case No. 5:10cv148/MCR/MD

WALTER A. MCNEIL, et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on June 2, 2010 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). On June 17, 2010, this court entered an order finding plaintiff's motion to proceed *in forma pauperis* deficient,[1] and directing plaintiff to either pay the filing fee or correct the deficiency in his *in forma pauperis* application within twenty-eight (28) days (doc. 4). Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed (*id*.). Plaintiff did not comply with the order, or otherwise respond.

Accordingly, on July 28, 2010, the court issued an order directing plaintiff to show cause, within fourteen (14) days, why this case should not be dismissed for his failure to comply with an order of the court (doc. 5). That deadline has passed, and plaintiff has not responded.

---

[1] Plaintiff failed to include the required prisoner consent form and a printout of the transactions in his inmate trust account for the six-month period immediately preceding the filing of his complaint.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this cause be **DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

**DONE AND ORDERED** this 19th day of August, 2010.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**